**FILED**
August 8, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Teresa Morales, ) <br> ) <br> Defendant. ) | Case No. 2:07-cr-314 FCD <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release Teresa Morales  Case 2:07-cr-314 FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　＿　　Release on Personal Recognizance

　　　＿　　Bail Posted in the Sum of _____

　　　X　　Unsecured bond in the amount of $100,000 to be secured within 14 days.

　　　＿　　Appearance Bond with 10% Deposit

　　　＿　　Appearance Bond secured by Real Property

　　　＿　　Corporate Surety Bail Bond

　　　X　　(Other) PTS conditions/supervision

Issued at  Sacramento, CA  on 8/8/07    at   3:15 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge