Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
TERESA MARIA MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-07-00314 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING DEADLINE FOR |
| v. ) | SUPPLEMENTAL POINTS AND |
| ) | AUTHORITIES |
| TERESA MARIA MORALES, ) | |
| ) | |
| Defendant. ) | |

The parties hereby stipulate to the following:

1. After an evidentiary hearing concerning the defendant's motion to suppress her statement, the court set a deadline of January 15, 2010 for the filing of supplemental points and authorities.

2. Both counsel for the defendant and counsel for the government are requesting additional time to review the transcripts and draft a supplemental points and authorities. Counsel for defendant is presently preparing for a hearing in a case involving approximately 10,000 pages of written discovery. Therefore, it is requested that the deadline for filing simultaneous supplemental points and authorities be continued to January 29, 2010.

/ / /

1

DATED: January 13, 2019      /s/ Tim Warriner
                                        Attorney for defendant, TERESA MARIA MORALES

DATED: January 13, 2010      /s/ Matthew Stegman
                                        Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the deadline for both parties to file supplemental points and authorities concerning defendant's motion to suppress her statement be continued to January 29, 2010.

DATED: January 15, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE