Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant
TERESA MARIA MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 07 00314 FCD |
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING DEADLINE FOR |
| v. | ) ) | SUPPLEMENTAL POINTS AND AUTHORITIES |
| TERESA MARIA MORALES, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

The parties hereby stipulate to the following:

1. Since the evidentiary hearing concerning the defendant's motion to suppress her statement, the court has set a deadline of January 29, 2010 for the filing of supplemental points and authorities.

2. Both counsel for the defendant and counsel for the government are requesting additional time to review the transcripts and draft a supplemental points and authorities. Counsel for the government has been involved in litigation concerning suppression of evidence in another case. Therefore, it is requested that the deadline for filing simultaneous supplemental points and authorities be continued to February 2, 2010.

1

| | | |
|---|---|---|
| DATED: January 29, 2010 | /s/ Tim Warriner |
| | Attorney for defendant, TERESA MARIA MORALES |
| DATED: January 29, 2010 | /s/ Matthew Stegman |
| | Assistant U.S. Attorney |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the deadline for both parties to file supplemental points and authorities concerning defendant's motion to suppress her statement be continued to February 2, 2010.

DATED: January 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE