```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California   95814
Telephone: (916) 554-2793
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>     Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>JOSE LUIS MORALES,  )<br>JUAN MORALES,  )<br>ENRIQUE MORALES,  )<br>TERESA MARIA MORALES,  )<br>PETRA PRECIADO MORALES,  )<br>EDER MARTINEZ RIOS, and  )<br>EDGAR MARTINEZ RIOS,  )<br>  )<br>     Defendants.  )<br>_____ ) | CR S-07-314 FCD<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS HEARING<br>ON DEFENDANT **TERESA<br>MARIA MORALES'** MOTION TO<br>SUPPRESS |

   IT IS HEREBY STIPULATED AND AGREED between Timothy E. Warriner, attorney for TERESA MARIA MORALES, and Matthew Stegman, Assistant U.S. Attorney, representing plaintiff United States of America, that the status hearing on defendant TERESA MARIA MORALES' Motion to Suppress in this case be continued from February 22, 2010, to March 8, 2010 at 10:00 a.m.[1]

---

[1] The parties were advised by this Court's Clerk that March 8, 2010 at 10:00 a.m. is an available date and time for this matter.

1

1     Undersigned counsel for the government, at the time of setting
2 of the motion for February 22, 2010, had prearranged plans to be out
3 of town for preparation for trial and witness interviews, with a
4 number of witnesses scheduled for interviews.  Although previously
5 scheduled, undersigned counsel for the government did not see this
6 on his calendar at the time of setting of the February 22 hearing.
7 Undersigned defense counsel stipulates to this continuance.

    The parties also stipulate that the time between February 22, 2010, and March 8, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time under Local Code T-4, so that counsel for the defendant may have reasonable time necessary for effective preparation, and under E, pending motion.  18 U.S.C. § 3161(h)(8)(B)(iv) and (h)(1)(F).

DATED: February 18, 2010    BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:   /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

DATED: February 18, 2010    By:   /s/ Tim Warriner
                                        TIM WARRINER
                                        Counsel for defendant
                                        Teresa Maria Morales

**IT IS SO ORDERED:**

DATED: February 18, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE